**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Case No. 12-35634-KRH |
| **Sara Davis Harman** | |
| 3216 Mountain Road | |
| Glen Allen, VA 23060 | |
| SSN / ITIN: xxx-xx-0468 | |
| aka Sara G. Davis | |
| aka Sara D. Harman | Chapter 13 |
| aka Sara Harman Davis | |
| aka Harman Sara Davis | |
| **Debtor(s).** | |

## NOTICE OF MOTION AND HEARING

Come now, Debtor(s), by counsel, having filed a Motion to Extend the Automatic Stay.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one.

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD AT THE UNITED STATES BANKRUPTCY COURT, U.S. COURTHOUSE, 701 EAST BROAD STREET, COURTROOM 5000, RICHMOND, VIRGINIA, 23219, ON OCTOBER 29, 2012 AT 10:00 A.M.**

If you want to be heard on this matter, then on or before three (3) days from the date of the hearing, you or your attorney must:

1. File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

      Clerk of Court
      United States Bankruptcy Court
      701 East Broad Street, Suite 4000
      Richmond, VA  23219

**KIMBERLY A. CHANDLER, VSB# 47897**
**RICHARD C. PECORARO, VSB# 48650**
**CHANDLER PECORARO, PLC**
P.O. Box 17586
Richmond, VA  23226
Office:  (804) 545-0737
Fax:  (480)393-5764
      Counsel for Debtors

    2. You must also mail a copy to:

        CHANDLER PECORARO, PLC
        P.O. Box 17586
        Richmond, VA  23226

    3.     Attend the hearing scheduled above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the requested relief.

        Respectfully submitted,

        **Raymond W. Clark**
        By Counsel

        By:  /s/ Richard C. Pecoraro
            Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that on October 9, 2012, a copy of this Notice of Motion and Hearing has been mailed electronically or via first class mail to the Chapter 13 Trustee, the United States Trustee and all creditors as set forth on the attached mailing matrix.

        /s/ Richard C. Pecoraro
        Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Case No. 12-35634-KRH |
| **Sara Davis Harman** | |
| 3216 Mountain Road | |
| Glen Allen, VA 23060 | |
| SSN / ITIN: xxx-xx-0468 | |
| aka Sara G. Davis | |
| aka Sara D. Harman | Chapter 13 |
| aka Sara Harman Davis | |
| aka Harman Sara Davis | |
|     **Debtor(s).** | |

## MOTION TO EXTEND THE AUTOMATIC STAY

**COMES NOW,** Sara Davis Harman (the "Debtor"), by counsel, pursuant to 11 U.S.C. § 362(c)(3)(B), file the following Motion to Extend the Automatic Stay, and affirmatively state as follows:

### Jurisdiction

1.    Jurisdiction of this Court over the instant matter is based upon 28 U.S.C. §§1334 and 157 in that this action arises in and relates to the bankruptcy case of the Debtor(s), a Chapter 13 case having been filed in this Court on September 28, 2012 (hereinafter the "Petition Date").

2.    This proceeding is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (G).

3.    Venue is proper pursuant to 28 U.S.C. §1409.

---

**KIMBERLY A. CHANDLER, VSB# 47897**
**RICHARD C. PECORARO, VSB# 48650**
**CHANDLER PECORARO, PLC**
P.O. Box 17586
Richmond, VA 23226
Office: (804) 545-0737
Fax: (480)393-5764
    Counsel for Debtors

**Background Facts**

4.On September 28, 2012, the Debtor filed in this Court a petition for relief (the "Instant Case") under Chapter 13 of the Bankruptcy Code, 11 U.S.C. 101, et seq.

5.Robert E. Hyman was appointed to serve as Chapter 13 Trustee in this case (the "Trustee").

6.The Debtor has filed (2) prior bankruptcy cases in this Court:  1) Chapter 13 bankruptcy (Case No**. 10-35299**) filed in this Court on July 30, 2010, and dismissed on May 5, 2011; 2) Chapter 13 bankruptcy (Case No**. 11-33536**) filed in this Court on May 26, 2011, and dismissed on September 28, 2012 (the "Previous Case").

7.During the pendency of the Previous Case, Debtor lost her job and was unable to maintain her Ch. 13 plan payments on the limited help from family members, causing the case to be dismissed.

**Facts of the Instant Case**

8.In the Instant Case, the Debtor proposes a Chapter 13 Plan (the "Plan") that commits all of her disposable income for 60 months, which would equal a minimum dividend to non-priority unsecured creditors of two percent (2%).

9.Debtor is now employed by the County of Henrico and making consistent income.  She will continue to receive support payments as well as help from family if necessary.

10.Debtor believes this positive change in circumstance will allow her to maintain a Ch. 13 plan.

11. Thus the Court should find the Instant Case has been filed in good faith and enter an Order extending the automatic stay as to all creditors, as to the Debtor and her property, and as to the property of the estate for the duration of the Instant Case.

WHEREFORE, the Debtor respectfully requests that this Honorable Court 1) enter an Order extending the automatic stay as to all creditors, as to the Debtor and her property, and as to the property of the estate for the duration of the Instant Case, and for such other and further relief the Court deems appropriate.

Respectfully submitted,
**Sara Davis Harman**


By Counsel

By: /s/ Richard C. Pecoraro
     Richard C. Pecoraro

## CERTIFICATE OF SERVICE

I certify that on October 9, 2012, a copy of the foregoing was mailed electronically or via first class mail, postage prepaid, to the Standing Chapter 13 Trustee, the United States Trustee, and all creditors as set forth on the attached mailing matrix.

/s/ Richard C. Pecoraro
Counsel for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 12-35634-KRH<br>Eastern District of Virginia<br>Richmond<br>Mon Oct  8 09:17:49 EDT 2012 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | AAC<br>28405 Van Dyke Ave<br>Warren, MI 48093-7132 |
| Affiliated Acceptance Corp.<br>PO Box 790001<br>Sunrise Beach, MO 65079-9001 | American Express*<br>Attn: Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1535 | Asset Acceptance Corp.<br>PO Box 2036<br>Warren, MI 48090-2036 |
| Asset Acceptance LLC<br>28405 Van Dyke Avenue<br>Warren, MI 48093-7132 | Bank of America*<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd.<br>5th Floor<br>Miami, FL 33146-1837 |
| CACH, LLC*<br>4340 S. Monaco Street<br>Unit 2<br>Denver, CO 80237-3408 | Capital One *<br>Attn: Document Mgmt.<br>P.O. Box 85167<br>Richmond, VA 23285-5167 | Chase<br>201 N. Walnut Street<br>Wilmington, DE 19801-2920 |
| Citimortgasge<br>P.O. Box 6006<br>The Lakes, NV 88901-6006 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Ethan Allen<br>12000 West Broad Street<br>Henrico, VA 23233-7689 |
| FIA Card Services*<br>PO Box 15026<br>Wilmington, DE 19886-5726 | HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | Internal Revenue Service *<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Medical Payment Data<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 | Metris Companies<br>4848 S. 129th Ave<br>Tulsa, OK 74134-7001 | Percy E. Pickral, Jr.<br>4122 East Parham Road<br>Henrico, VA 23228-2749 |
| Receivables Management Systems<br>7206 Hull Street Road<br>Ste 21<br>Richmond, VA 23235-5827 | Robert W. Harman<br>3216 Mountain Road<br>Glen Allen, VA 23060-2005 | Sallie Mae, Inc.*<br>Attn: Bankruptcy Dept<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Sears *<br>Billing Disputes<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | Shell *<br>Gasoline Card Center<br>P.O. Box 689151<br>Des Moines, IA 50368-9151 | Specialized Inc., of Virginia<br>722 E Market Street<br>Suite 200<br>Leesburg, VA 20176-4475 |
| SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Suntrust Bank<br>P.O. Box 85160<br>Richmond, VA 23285-5160 | U.S. Attorney's Office<br>600 E. Main Street, 18th Floor<br>Richmond, VA 23219-2430 |

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United Recovery Systems<br>5800 North Course Drive<br>Houston, TX 77072-1613 | VA Dept of Taxation*<br>P.O. Box 2156<br>Richmond, VA 23218-2156 |
| eCAST Settlement Corporation SUCCESSOR to FI Services aka Bank of America<br>POB 29262<br>New York NY 10087-9262 | eCAST Settlement Corporation assignee of Cha Bank USA NA<br>POB 29262<br>New York NY 10087-9262 | Richard C. Pecoraro<br>Chandler Pecoraro, PLC<br>P.O. Box 17586<br>Richmond, VA 23226-7586 |
| Robert E. Hyman<br>P.O. Box 1780<br>Richmond, VA 23218-1780 | Sara Davis Harman<br>3216 Mountain Road<br>Glen Allen, VA 23060-2005 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Card*<br>P.O. Box 30943<br>Salt Lake City, UT 84130-0000 | US Bank<br>US Bancorp Center<br>800 Nicollet Mall<br>Minneapolis, MN 55402-0000 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     0<br>Total                  37 |