UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

Sara Davis Harman                                  Case No. 12-35634-KRH

    Debtor.                                         Chapter 13


AS Pontos LLC,

    Movant,

v.

Sara Davis Harman
and
Robert E. Hyman, Trustee,

    Respondents.


### ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of AS Pontos LLC to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 3216 Mountain Road, Glen Allen, Virginia 23060, and is more particularly described as follows:

> ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, TOGETHER WITH ALL IMPROVEMENTS THEREON AND APPURTENANCES THEREUNTO BELONGING, SITUATE, LYING AND BEING IN

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
757-498-9600
Counsel for Movant

BROOKLAND DISTRICT, HENRICO COUNTY, Virginia, KNOWN AND DESIGNATED AS LOT 3, BLOCK A, SECTION I, SHEPPARDS WAY, ALL AS MORE PARTICULARLY SHOWN ON THAT CERTAIN PLAT DATED MAY 22, 1995, PREPARED BY E. D. LEWIS & ASSOCIATES, P.C., ENTITLED "SHEPPARDS WAY, SECTION I, BROOKLAND DISTRICT, HENRICO COUNTY, Virginia", RECORDED JANUARY 11, 1996, IN THE CLERK'S OFFICE, CIRCUIT COURT, HENRICO COUNTY, Virginia, IN PLAT BOOK 103, PAGES I AND 2, F.EFERENCE TO WHICH IS MADE FOR A MORE PARTICULAR DESCRIPTION OF SAID LAND.
COMMONLY KNOWN AS; 3216 MOUNTAIN RD, GLEN ALLEN, VA 23060
PARCEL#: 768-769-0502
BEING THE SAME PROPERTY CONVEYED TO SARA DAVlS HARMAN, BY DEED DATE) NOVEMBER 26, 2003, FROM JOHN P. HOANG AND VANESSA M. HOANG, HUSBAND AND WIFE, OF RECORD IN BOOK 3584 PAGE 2620, OFFICE OF THE HENRICO COUNTY COURT CLERK.

Which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

May 1 2014

DONE at Richmond, Virginia, this ____ day of April, 2014.

/s/ Kevin R. Huennekens
_____
United States Bankruptcy Judge

I ask for this:

 /s/ Sara A. John_____p.q.
Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
Counsel for Movant

Entered on Docket:  May 1 2014

Seen:

/s/ Robert E. Hyman
Robert E. Hyman, Trustee
P.O. Box 1780
Richmond, VA 23218

## CERTIFICATE

    The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

    /s/ Sara A. John
    Sara A. John____
    M. Richard Epps, P.C.
    Counsel for Movant

## Certificate of Endorsement

    The foregoing Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

    /s/ Sara A. John
    Sara A. John
    M. Richard Epps, P.C.

**PARTIES TO RECEIVE COPIES**

Sara A. John
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452

Richard C. Pecoraro
P.O. Box 17586
Richmond, VA 23226

Robert E. Hyman, Trustee
P.O. Box 1780
Richmond, VA 23218

Sara Davis Harman
3216 Mountain Road
Glen Allen, VA 23060